```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MIGUEL NEGRETE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> JOSE MIGUEL NEGRETE,             )<br>                                  )<br>            Defendant.            )<br>_____ ) | NO. 2:07-cr-00068-MCE<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date:  April 3, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England,<br>       Jr. |

It is hereby stipulated between the parties, Kyle A. Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant JOSE MIGUEL NEGRETE, that the Status Conference hearing date of February 28, 2008, is vacated and a new Status Conference hearing date of April 3, 2008, at 9:00 a.m. is hereby set.

This continuance is requested because of on-going defense preparation and investigation, and because defense counsel needs additional time to review the Pre-Plea Advisory Presentence Investigation Report with defendant.

1    It is further stipulated that the period from February 28, 2008,
2 through and including April 3, 2008, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:   February 27, 2008          Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                       /s/ Mary M. French
                                      MARY M. FRENCH
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      JOSE MIGUEL NEGRETE


Dated:   February 27, 2008            MCGREGOR W. SCOTT
                                      United States Attorney


                                      /s/  Mary M. French for
                                           Kyle A. Reardon
                                      _____
                                      KYLE A. REARDON
                                      Assistant U.S. Attorney
                                      per telephonic authorization



IT IS SO ORDERED.

 Dated: February 29, 2008

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE

-2-